UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| FRANS W. NANGIN and MASAYOSHI T. NANGIN,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>U.S. CITIZENSHIP AND  )<br>IMMIGRATION SERVICES, *et al.*,  )<br>)<br>Defendants.  ) | Cause No. 2:24-CV-047-PPS-APR |

## ORDER

Plaintiffs' Notice of Voluntary Dismissal [DE 6] is **SO ORDERED**. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITHOUT PREJUDICE**, without costs to any party. The Clerk is **DIRECTED** to close the case.

**SO ORDERED**.

ENTERED: February 22, 2024.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT